**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LUIS MARSHAL MARTINEZ,**

    Petitioner,

v.                                                    Case No.  6:08-cv-1776-Orl-35GJK

**SECRETARY, DEPARTMENT OF**
**CORRECTIONS, ATTORNEY GENERAL FOR**
**THE STATE OF FLORIDA,**

    Respondents.
_____

**ORDER**

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS (Doc. No. 23)** |
| **FILED:** | July 27, 2010 |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right.  In particular, since Petitioner's claims were denied as procedurally defaulted, his appeal would not have arguable merit.  *See Kha Ngoc Le v. Gonzales*, 2006 WL 2947051 (N.D. Ga. October 13, 2006) (an appeal is not taken in good faith when the issues are without arguable merit).  Thus, Petitioner is not entitled to appeal  as a pauper and shall pay the $455.00 appellate filing fee as required

by 28 U.S.C. § 1915(a).

**DONE** and **ORDERED** in Chambers in Orlando, Florida, this 29th day of July, 2010.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
sa 7/29
Counsel of Record
Luis Marshall Martinez